AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RICHARD FINCH,

                        Plaintiff,

                          v.

RANDY B. PUGH and JANE DOE PUGH, husband and wife, doing business as CORRELL'S SERVICE CENTER,

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11-CV-0326-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted and judgment is entered in favor of Defendants.

November 16, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson